**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BLUSHCRUNCH STUDIO LLC,

      Plaintiff,

v.

AMERICAN BABY STORE, et al.,

      Defendants.

Case No. 25-cv-08227

**Judge Jorge L. Alonso**

**Magistrate Judge Keri L. Holleb Hotaling**

<u>**SATISFACTION OF JUDGMENT**</u>

WHEREAS, a judgment was entered in the above action on October 15, 2025 [55], in favor of Plaintiff BlushCrunch Studio LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit Dandy's World Copyrighted Works in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| B Sweetheart Shop | 13 |
| CCA Customization | 17 |
| fuzhuanyongpin | 30 |
| POP UP Studio B III | 60 |
| The Blanket Haven | 78 |
| ZZZestWear | 90 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 23rd day of October 2025.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Blushcrunch Studio LLC*